IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : : : | Case No: 4:17-CV-00289 |
| | : | (Judge Brann) |
| PLAINTIFF, | : : | |
| v. | : : : | |
| PERMANENT EASEMENT FOR 2.59 ACRES, TEMPORARY EASEMENTS FOR 5.45 ACRES AND TEMPORARY ACCESS EASEMENT FOR 2.12 ACRES IN PINE GROVE TOWNSHIP, SCHUYLKILL COUNTY, PENNSYLVANIA, TAX PARCEL NUMBER 21-04-0016.000, 361 CHAPEL DRIVE, PINE GROVE, PINE GROVE TOWNSHIP, SCHUYLKILL COUNTY, PA, | : : : : : : : : : : : | |
| RYAN J. REGEC, | : : : | |
| AND ALL UNKNOWN OWNERS, | : : | |
| DEFENDANTS. | : | |

**ORDER**

March 24, 2017

AND NOW, in accordance with the Memorandum Opinion of this same date, IT IS HEREBY ORDERED THAT:

1

1. Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Partial Summary Judgment is GRANTED.  February 20, 2017, ECF No. 4.

2. Plaintiff Transcontinental Gas Pipe Line Company, LLC's Motion for Preliminary Injunction is GRANTED.  February 20, 2017, ECF No. 7.

3. By March 30, 2017, Plaintiff Transcontinental Gas Pipe Line Company, LLC shall post a surety bond with the Clerk of Court in the amount of $32,400.00 payable to "Clerk, U.S. District Court" and forwarded to the United States Courthouse and Federal Building, Suite 218, 240 West Third Street, Williamsport, Pennsylvania 17701. The surety bond will be held in the vault located in the Clerk's Office, Middle District of Pennsylvania, Williamsport Division.

4. Commencing March 31, 2017, pursuant to the Order of the Federal Regulatory Commission dated February 3, 2017, Plaintiff Transcontinental Gas Pipe Line Company, LLC is granted access to, possession of and entry to the rights of way allowed under that Order for the above captioned property.

5. In the event of violation of this Order, and the February 3, 2017 Order of the Federal Regulatory Commission, or interference with Transcontinental Gas Pipe Line Company, LLC's possession of the subject property, law enforcement, including the United States Marshal's Service, is authorized to

investigate and arrest any persons found in violation and contempt of this Order.

6. Transcontinental Gas Pipe Line Company, LLC shall record this Order in the Office of the Recorder of Deeds for the county in which the subject property is located.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge