## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>PERMANENT EASEMENT FOR *2.59 Acres*, *Temporary Easements for 5.45 Acres and Temporary Access Easement for 2.12 Acres in Pine Grove Township, Schuylkill County, PA, Tax Parcel Number 21-04-0016.000, 361 Chapel Drive, Pine Grove, Pine Grove Township, Schuylkill County, PA,* RYAN J. REGEC, FULTON BANK, N.A. and ALL UNKNOWN OWNERS,<br><br>   Defendants. | No. 4:17-CV-00289<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 31st day of October 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motions *in Limine*, September 23, 2019, ECF Nos. 252, 254, 256, 258, and 260, are **GRANTED**.

2. Defendant's Motion *in Limine*, September 23, 2019, ECF No. 250, is **DENIED**.

3. Defendant's Motions *in Limine*, October 7, 2019, ECF Nos. 266 and 268, are **DENIED**.

4.     Exhibits C-8 through C-13, which Defendant submitted for the

       Court's consideration on October 28, 2019, are INADMISSIBLE at

       trial.


                              BY THE COURT:


                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              United States District Judge